**SO ORDERED.**

**SIGNED this 29 day of October, 2019.**

Joseph N. Callaway
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN RE:

RONNIE MCLAURIN                                    CASE NO: 19-02698-5-JNC
1422 CAMDEN ROAD                                   CHAPTER 13
FAYETTEVILLE, NC 28306

### CONSENT ORDER MODIFYING CHAPTER 13 PLAN

**THIS MATTER** coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtor's Chapter 13 Plan; now therefore,

**THE COURT FINDS** that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

**THE COURT FURTHER FINDS** that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtor, by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor's Chapter 13 Plan is modified as follows:

From: $1,168.00 per month for a period of 60 months

To:     $746.00 per month for a period of 4 months followed by
         $1,168.00 per month for a period of 1 month followed by
         $1,245.00 per month for a period of 55 months

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.

We consent to the entry of this order:

_____

Bruce Allen, Attorney for Debtor

S/ Joseph A. Bledsoe, III
_____

Joseph A. Bledsoe, III, Chapter 13 Trustee

**"End of Document"**